IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**DAWN SNELLING,** *et al.*,
    Plaintiffs,

    vs.                        Civil Action 2:11-CV-983
                                       Judge Sargus
                                       Magistrate Judge King

**ATC HEALTHCARE SERVICES, INC.,**
*et al.*,
    Defendants.

## ORDER

The court conferred with counsel on July 31, 2012.

The parties have not proceeded to mediation, having concluded that mediation would likely be fruitless. The stay of the action for the purpose of mediation is therefore **VACATED.**

Defendants' motion to strike or for leave to file a sur-reply in opposition to the motion for conditional class certification, Doc. No. 20, is **GRANTED.** Defendants may have until August 7, 2012 to file a sur-reply in opposition to the motion for conditional class certification. Plaintiffs may have until August 14, 2012 to further respond in support of the motion for conditional class certification.

Plaintiffs' motions for an extension of time in which to file a motion to certify a Rule 23 class, Doc. Nos. 21, 28, are **GRANTED**. Plaintiffs shall file their motion to certify a class under Rule 23 no later than August 10, 2012.

Plaintiffs may have until August 10, 2012 in which to file a reply in support of their motion for leave to amend.

July 31, 2012                                    *s/Norah McCann King*
                                                     Norah McCann King
                                       United States Magistrate Judge