```
           IN THE UNITED STATES DISTRICT COURT
            FOR THE SOUTHERN DISTRICT OF OHIO
                    EASTERN DIVISION
```

**DAWN SNELLING,**

      **Plaintiff,**

  v.                                **Civil Action 2:11-CV-983**
                                      **Judge Sargus**
                                      **Magistrate Judge King**

**ATC HEALTHCARE SERVICES, INC.,**
*et al.***,**

      **Defendants.**

## ORDER

Defendants have filed a motion to reconsider the grant, in part, of plaintiff's motion to compel. *Objection*, Doc. No. 63. This matter is now before the Court on defendants' motion to stay the order granting, in part, the motion to compel. *Motion to Stay*, Doc. No. 64.

The *Motion to Stay*, Doc. No. 64, is **GRANTED**. The order granting, in part, the motion to compel, *Opinion and Order*, Doc. No. 61, is hereby **STAYED** pending resolution of defendants' motion to reconsider that order.

February 27, 2013                                  *s/Norah McCann King*
                                                          Norah M$^c$Cann King
                                               United States Magistrate Judge