IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

DAWN SNELLING,

    Plaintiff,

  v.                               Civil Action 2:11-CV-983
                                    Judge Sargus
                                    Magistrate Judge King

ATC HEALTHCARE SERVICES, INC.,
*et al.*,

    Defendants.

## ORDER

    The Court conferred with counsel for the parties on May 2, 2013.

    The notice and opt-in process has begun and discovery is progressing. The parties suggest that the Court await the completion of the opt-in process before establishing a final pretrial schedule.

    The Court will conduct a telephone status conference on July 2, 2013 at 9:30 a.m. **Counsel shall call the Court at 614-719-3390.** At that conference, the Court will establish firm discovery completion and dispositive motions filing dates and will expect the parties to propose an appropriate vehicle and schedule for mediation.

    Discovery shall continue in the interim.


May 2, 2013                                    *s/Norah McCann King*
                                                Norah M<sup>c</sup>Cann King
                                      United States Magistrate Judge