IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

DAWN SNELLING,
      Plaintiff,

v.

ATC HEALTHCARE SERVICES,
INC., et al.,
      Defendants.

Case No. 2:11-cv-00983
JUDGE EMDUND A. SARGUS, JR.
Magistrate Judge Norah McCann King

## ORDER

This matter is before this Court pursuant to this Court's order directing counsel to appear at a Fairness Hearing to consider final approval of the Settlement Agreement and to fix the amount of attorneys' fees and costs due to class counsel and class representatives. Doc. 136. After the hearing, the Court concludes the following:

1. The Fairness Hearing took place on August 27, 2014 at 9:30 a.m.

2. For the reasons stated in open court and in the unopposed motion for attorneys' fees and reimbursement of costs, the Court finds Plaintiff's requested amounts for attorneys' fees and costs reasonable. *See Rawlings v. Prudential-Bache Props., Inc.*, 9 F.3d 513, 516 (6th Cir. 1993). Plaintiffs' application for attorneys' fees in the amount of $195,000, inclusive of the reimbursement of $4,443.42 in out-of-pocket expenses is thus granted.

3. Upon review of the Settlement Agreement, the Court finds the terms of the settlement fair, reasonable, and adequate.

4. The Court adopts the Settlement Agreement as an order of the Court.

1

5. The Court shall retain jurisdiction to enforce the Settlement Agreement until the final payment is made by Defendants thereunder.

**IT IS SO ORDERED.**

_____8-27-2014_____
**DATED**

_____
EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE